**91–1845.** State, ex rel. Hinkle, v. Franklin Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the motions of Cooker Restaurant et al. and the city of Westerville for leave to file briefs *amici curiae*, the motion of Bob Taft, Secretary of State, for leave to intervene, and respondent's motion to compel discovery,

IT IS ORDERED by the court that said motions be, and the same are hereby, granted, effective October 18, 1991.